## Robert Johnson et al., Appellants, v. Edward J. Kelly, Mayor of Chicago, et al., Appellees.

### Gen. No. 43,664.

opinion filed May 20, 1947; rehearing denied June 4, 1947; released for publication June 9, 1947. Ellis & Westbrooks, Kimball Smith and Edward M. Byrd, for appellants; Richard E. Westbrooks, of counsel; Barnet Hodes, Corporation Counsel and Philip A. Lozowick, Acting General Attorney of Chicago Park Dist., for appellees; Joseph F. Grossman, J. Herzl Segal, Assistant Corporation Counsel, and Martin G. Loeff, Assistant Attorney Chicago Park Dist., of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.**